12/19/2013 14:20 FAX                                                                ☑003/009
12/18/2013 08:20 FAX  4053668           STATE FARM              · OK-CIUS         ☑0047010

## IN THE DISTRICT COURT FOR OSAGE COUNTY
### STATE OF OKLAHOMA

TRACY SURRITTE,                       )
                                      )
    Plaintiff,    )
                                      )
-v-                                   )       Case No.  CJ-2013-245
                                      )
STATE FARM MUTUAL                     )
INSURANCE COMPANY,                    )
                                      )
    Defendant.    )

> District Court Osage County Okla
> FILED
>
> NOV 1 3 2013
>
> ANG : CHUCE Chain Clerk
> By_____Deputy

### PETITION

COMES NOW the Plaintiff, Tracy Surritte, and for her claim and cause of action alleges and states as follows:

#### I.

On October 6, 2011, Plaintiff, Tracy Surritte, was driving a vehicle on State Highway 20 in Osage County, State of Oklahoma.

#### II.

An underinsured motorist, Tammy Ackley, negligently operated her vehicle and caused a collision between her vehicle and the vehicle being driven by Tracy Surritte and then fled the scene of the collision.

#### III.

As a result of the collision, Tracy Surritte was injured, was physically impaired, was disfigured, suffered pain of body and mind, and incurred expenses for medical care and treatment.

0c1335200688


EXHIBIT

1

IV.

As a result of the collision, Tracy Surritte will suffer with her injuries in the future, will suffer pain of body and mind, will be physically impaired, and will be disfigured.

V.

Tracy Surritte was entitled to underinsured motorist coverage benefits under State Farm's policy number 127435636B, which provided underinsured motorist coverage benefits of up to $100,000.00 per person, because she was a relative of Pat Surritte and resided with Pat Surritte, the named insured on said policy, on the date the collision occurred.

VI.

State Farm has wrongfully and, in bad faith, refused to pay underinsured motorist coverage benefits based upon its failure to properly investigate the facts and the law regarding her status as a resident relative of Pat Surritte's household claiming that Tracy Surritte is not eligible for coverage because she does not meet the definition of a resident relative.

WHEREFORE, Tracy Surritte, demands judgment against the Defendant in an amount in excess of $10,000.00 and in excess of the amount needed for diversity jurisdiction, together with the costs of this action, interest at the statutory rate, and any and all other relief to which Plaintiff may be entitled.

12/19/2013 14:21 FAX                                                    ☑ 005/009

12/18/2013 08:21 FAX  4063686          STATE FARM          · OK-CIOS          ☑ 006/010

Respectfully Submitted,

Chris Knight      OBA #11390
5314 South Yale Avenue, Suite 150
Tulsa, Oklahoma  74135
(918) 496-1200

ATTORNEY'S LIEN CLAIMED

Chris Knight

0c1335200690