# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACY SURRITTE, | ) |
|     Plaintiff, | ) |
| -v- | ) Case No. 13-CV-821-JED-TLW |
| STATE FARM MUTUAL INSURANCE COMPANY, | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and the Defendant and hereby notify the court that the parties hereto have stipulated to the dismissal of all of the claims asserted herein of every party with prejudice to the refilling thereof.

Respectfully submitted,

s/   Chris Knight
Chris Knight     OBA #11390
Attorney for Plaintiff
5314 S. Yale, Suite 150
Tulsa, Oklahoma  74135
Telephone:  (918) 496-1200
Facsimile:   (918) 496-3800


s/   John Gladd
John Gladd  OBA #12307
Attorney for Defendant
1500 ParkCentre
525 South Main
Tulsa, OK  74103
Telephone:  (918) 582-8877
Facsimile:   (918) 585-8096

## CERTIFICATE OF SERVICE

      This will certify that on the 6th day of June, 2014, a true and correct copy of the above and foregoing document was mailed by United States Postal Service, postage prepaid thereon, to:

John Gladd
1500 ParkCentre
525 South Main
Tulsa, OK  74103

                                    s/     Chris Knight
                                    Chris Knight